UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ALAN RAE GRISHAM, AND            1:07-CV-462
LEE ANN GRISHAM,            Hon. Wendell A. Miles

    Plaintiff,

v.

ABB INC., a Michigan Corporation,

    Defendant,

| John J. Doyle (P46865) | Matthew C. Matheny |
|---|---|
| DOYLE GROUP ATTORNEYS, P.C. | Provost Umphrey |
| Attorneys for Plaintiff | Co-Counsel for Plaintiff |
| 2400 Science Parkway, Suite 1B | 490 Park Street |
| Okemos, MI 48864 | PO Box 4905 |
| (517)371-2500 | Beaumont, TX 77704 |
| | (409)835-6000 |
| Dennis M. Goebel (P23509) | |
| HARVEY KRUSE, P.C. | |
| Attorneys for Defendant | |
| 1050 Wilshire Drive, Suite 320 | |
| Troy, MI 48084 | |
| (248)649-7800 | |

**ORDER FOR AMENDMENT
OF SCHEDULING ORDER**

    At a session of said court held in the City of Grand Rapids, Michigan County of Kent on <u>February 21, 2008</u>

    PRESENT HONORABLE:
                                Hugh W. Brenneman, Jr.
                                U.S. Magistrate Judge

    This matter having come before the Court upon stipulation of the parties, and the Court being duly and fully advised in the premises;

IT IS HEREBY ORDERED that amendment of the Scheduling Order to extend expert report dates, discovery cutoff and Dispositive Motion cutoff is as follows:

>Plaintiff expert reports due January 21, 2008 is amended and the reports are to be submitted by March 21, 2008;
>
>Defendant expert reports due February 21, 2008 is amended and the reports are to be submitted by April 21, 2008;
>
>Discovery cutoff of April 28, 2008 is amended with a new date of June 27, 2008; and,
>
>Dispositive Motion cutoff date of May 31, 2008 is amended with a new date of July 15, 2008.

The other dates in the Scheduling Order remain the same.

```
                              /s/ Hugh W. Brenneman, Jr.
                              U.S. Magistrate Judge
```